BEFORE THE SECOND DIVISION, MARCH 16, 1961

**No. 65299.**—The Emporium Capwell Company et al. *v.* United States, protests 301603–K, etc. (San Francisco).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

**No. 65300.**—Frank P. Dow Co., Inc., et al. *v.* United States, protests 321818–K, etc. (Portland, Oreg.).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

**No. 65301.**—Hap Alzina et al. *v.* United States, protests 329516–K, etc. (Los Angeles).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.